| | |
|---|---|
| 1 | Christopher B. Dolan (SBN 165358) |
|  | chris@dolanlawfirm.com |
| 2 | Emile A. Davis (SBN 208394) |
|  | emile.davis@dolanlawfirm.com |
| 3 | Vanessa Deniston (SBN 284055) |
|  | vanessa.deniston@dolanlawfirm.com |
| 4 | THE DOLAN LAW FIRM |
|  | The Dolan Building |
| 5 | 1438 Market Street |
|  | San Francisco, California 94102 |
| 6 | Tel: (415) 421-2800 |
|  | Fax: (415) 421-2830 |
| 7 |  |
|  | Attorneys for Plaintiff |
| 8 | MARIA AROVOLA |
|  |  |
| 9 | Collin D. Cook (SBN 251606) |
|  | ccook@fisherphillips.com |
| 10 | Jessica A. Taylor (SBN 301708) |
|  | jataylor@fisherphillips.com |
| 11 | FISHER & PHILLIPS LLP |
|  | One Montgomery Street, Suite 3400 |
| 12 | San Francisco, California 94104 |
|  | Telephone: (415) 490-9000 |
| 13 | Facsimile: (415) 490-9001 |
| 14 | Attorneys for Defendant |
|  | SAKS & COMPANY LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AROVOLA, | CASE NO.:   3:22-CV-07325-TLT |
| Plaintiff, | *[Removed from San Francisco Superior Court, Civil Case No.: CGC-22-601456]* |
| v. | *Assigned for all purposes to the Honorable Trina L. Thompson, Dept. 9* |
| SAKS & COMPANY LLC, a private company, and DOES 1 through 50 inclusive, | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)** |
| Defendant. | Complaint Filed: August 26, 2022 |
|  | Trial Date:        October 21, 2024 |

1

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2024

HON. TRINA L. THOMPSON
UNITED STATES DISTRICT COURT JUDGE